==============================================================================

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

_____

| | | |
|---|---|---|
| Patricia Isabella, | ) | |
|    *Plaintiff* | ) | Civil Action No.  6:15-CV-0684 (DNH/TWD) |
| | ) | |
| v. | ) | |
| | ) | |
| Tyler Technologies, Inc., | ) | |
| | ) | |
|    *Defendant.* | ) | |

_____

**SUMMONS IN A CIVIL ACTION**

TO:  Tyler Technologies, Inc., 5101 Tennyson Parkway, Plano, TX 75024

  A lawsuit has been filed against you.

  Within 21 days after service of this summons (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  Giovanna A. D'Orazio, Esq.
  Scott M. Peterson, Esq.
  D'Orazio Peterson LLP
  125 High Rock Avenue
  Saratoga Springs, New York 12866

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*[Signature]*
Clerk of Court

Date:__6/5/2015_____     ___s/Susan Evans_____
                    *Signature of Clerk or Deputy Clerk*