UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

PATRICIA ISABELLA,

                                                                   **AFFIDAVIT OF SERVICE**

                            Plaintiffs,

   -against-

                                                             Civil Action No.:

TYLER TECHNOLOGIES, INC.,                      6:15-CV-0684 (DNH/TWD)

                            Defendants.

---

STATE OF NEW YORK    )
                              )ss:
COUNTY OF SARATOGA  )

       Alan Ayers, being duly sworn, deposes and states that he is over the age of 18 years and that, on July 16, 2015, he served two copies of the Summons and Complaint on Defendant Tyler Technologies, Inc. by personally delivering two copies of same to the New York State Department of State, 99 Washington Avenue, Albany, New York.

DATED: July 20, 2015

                                                               Alan Ayers

Sworn to before me this
20th day of July, 2015

_____
Notary Public

SCOTT M. PETERSON
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02PE6250032
Qualified in Saratoga County
Commission Expires October 17, 2015