Law Offices
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York  10178
(212) 309-6000
Attorneys for Defendant Tyler Technologies, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
PATRICIA ISABELLA,                            :
                                              :
        Plaintiff,                    :
                                              :
        v.                            :    6:15-CV-0684 (DNH)(TWD)
                                              :
TYLER TECHNOLOGIES, INC.                      :
                                              :
        Defendants.                   :
-----------------------------------------------------------------x

## DEFENDANT'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Tyler Technologies, Inc. ("Defendant") states that is has no corporate parent and that there is no publicly traded corporation that owns 10% or more of its stock.

Dated:  New York, New York
          August 5, 2015

                                    Respectfully submitted,

                                    MORGAN, LEWIS & BOCKIUS LLP

                                    /s/ Melissa C. Rodriguez
                                    Melissa C. Rodriguez
                                    101 Park Avenue
                                    New York, NY 10178
                                    212-309-6394
                                    212-309-6001 (fax)

                                    *Attorneys for Defendant Tyler Technologies, Inc.*

DB1/ 84245258.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on August 5, 2015, I caused to be served a copy of the foregoing Defendant's Fed. R. Civ. P. 7.1 Disclosure Statement by ECF, on the following counsel for Plaintiff:

Giovanna A. D'Orazio, Esq.
D'Orazio Peterson LLP
125 High Rock Avenue
Saratoga Springs, NY 12866
gad@doraziopeterson.com
*Attorneys for Plaintiff*

I certify that the foregoing statements are true, under penalty of perjury.

                                              _s/ Melissa C. Rodriguez_____
                                              Melissa C. Rodriguez