IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA ISABELLA, | )<br>)<br>) |
| Plaintiff, | )<br>) Civil Action No.: |
| -against- | )<br>) 6:15-cv-0684 (DNH)(TWD)<br>) |
| TYLER TECHNOLOGIES, INC., | )<br>) |
| Defendants. | )<br>) |

**DEFENDANT TYLER TECHNOLOGIES, INC.'S MOTION TO ADMIT PAULO B. MCKEEBY *PRO HAC VICE***

NOW COMES THE UNDERSIGNED, Melissa C. Rodriguez, Esq., a member in good standing of the Bar of this Court, and pursuant to Local Rule 83.1 of the Local Rules of the United States District Court for the Northern District of New York, moves this court for entry of the Order, submitted herewith as **Exhibit A**, admitting Paulo B. McKeeby, of Morgan, Lewis & Bockius LLP, *pro hac vice* for the purpose of assisting in Defendant Tyler Technologies, Inc. ("Defendant"), defense of the above-captioned case.

PLEASE TAKE NOTICE that in accordance with Local Rule 83.1, and in support of this motion, the undersigned submits: (1) Petition for Admission *pro hac vice* as **Exhibit B**, (2) Sponsor's Affidavit as **Exhibit C**, (3) Mr. McKeeby's Attorney Registration Form as **Exhibit D**, (4) Mr. McKeeby's Certificate of Good Standing with the Supreme Court of the State of Texas as **Exhibit E,** (5) Mr. McKeeby's Oath of Admission as **Exhibit F**.

PLEASE TAKE FURTHER NOTICE that, in accordance with Local Rule 83.1, after entry of an Order granting him admission to appear pro hac vice in this matter, Paulo B. McKeeby, Esq. will timely file a written Notice of Appearance.

    Respectfully submitted,
MORGAN, LEWIS & BOCKIUS, LLP

*s/ Melissa C. Rodriguez*
Melissa C. Rodriguez
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
(212) 309-6394

*Attorneys for Defendant Tyler Technologies, Inc.*

DATED:  August 26, 2015

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on this 26th day of August, 2015, a copy of the foregoing Defendant Tyler Technologies, Inc.'s Motion to Admit Paulo B. McKeeby *Pro Hac Vice*, filed through the ECF system will be served by ECF on:

Giovanna A. D'Orazio
125 High Rock Avenue
Saratoga Spring, NY  12866
*Attorneys for Plaintiff*

                                         *s/ Melissa C. Rodriguez*
                                         Melissa C. Rodriguez

# EXHIBIT A

**UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK**

---

**IN THE MATTER OF THE APPLICATION OF** )
)
) **ORDER**
)
)
**TO BE ADMITTED TO THE UNITED STATES** )
**DISTRICT COURT FOR THE NORTHERN** )
**DISTRICT OF NEW YORK** )

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of

New York, _____ is hereby accepted for

        Permanent Admission to practice in the United States District Court for the Northern District of New York.

        Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of :
        _____.

IT IS SO ORDERED

Dated : _____

                                                                       _____
                                                                       U.S. District Judge
                                                                       U.S. Magistrate Judge

# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION

OF : PETITION FOR
: ADMISSION TO PRACTICE

Paulo B. McKeeby

I, Paulo B. McKeeby, being sworn, depose and say:

1. That I reside at 3740 Holland Avenue, Unit 2E, Dallas, TX 75219 and my office address is 1717 Main Street, Suite 3200, Dallas, TX 75201.

2. That I was admitted to practice in the courts of the State of TX on 11/6/1992, by the Supreme Court of Texas Department.

3. That I graduated from University of Chicago Law School on 1992 after having completed the required courses of study.

4. That I have never been held in contempt of court, censured, suspended or disbarred by any court.[1]

5. That I am also admitted to practice in the following States, territories, districts, commonwealths or other courts of the United States:

| BAR | DATE |
|---|---|
| See Attachment A | |
| | |
| | |
| | |

6. That I have read, and am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules and General Orders for the Northern District of New York; and the N.Y.S. Rules of Professional Conduct and will faithfully adhere thereto.

WHEREFORE it is respectfully requested that this court order that Petitioner, Paulo B. McKeeby, be admitted to practice before the Bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 22, day of August, 20 15.

_____
PETITIONER

---

[1] Discipline Orders issued by any Court prior to executing this Petition must be attached.

Form Date: 5/10/2011

## ATTACHMENT A

| Bar | Admission Date |
|---|---|
| State of Texas | November 6, 1992 |
| U.S.D.C., Northern District of Texas | November 24, 1992 |
| U.S.D.C., Eastern District of Texas | December 8, 1999 |
| U.S.D.C., Southern District of Texas | July 18, 1994 |
| U.S.D.C., Western District of Texas | August 1, 1995 |
| U.S. Court of Appeals, Fifth Circuit | July 8, 1997 |

# EXHIBIT C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Petition of: __Paulo B. McKeeby__

AFFIDAVIT
OF
SPONSOR

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

STATE OF NEW YORK __New York__
COUNTY OF

__Melissa C. Rodriguez__, being duly sworn, depose and say:

1. That I am an attorney associated with the law firm of __Morgan, Lewis & Bockius LLP__, and am a member in good standing with the United States District Court for the Northern District of New York. My NYND Bar Roll Number is: __512687__.

2. I make this affidavit in support of the admission of __Paulo B. McKeeby__.

3. I have known __Paulo B. McKeeby__ since __2013__, and find him / her to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

~~~~~

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this __26th__, day of __August__, 20__15__.

_(signed)_ Roberta Ann Leone
NOTARY PUBLIC

SPONSOR _(signed)_

ROBERTA ANN LEONE
Notary Public, State of New York
No. 24-4790044
Qualified in Kings County
Certificate Filed in New York County
Commission Expires June 30, 20__19__

w:\attyadm\Affidavit of Sponsor
Form Date: 6/7/2011

# EXHIBIT D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NEW ATTORNEY E-FILING REGISTRATION FORM
PLEASE TYPE

This form is used for creating new accounts **(Newly Admitted Attorneys Only)** on the Court's Electronic Case Filing System(ECF).

First Name: Paulo                    Middle Name: Byron

Last Name: McKeeby                   If appropriate, check one:  Sr. ☐    Jr. ☐    II ☐    III ☐

Firm Name: Morgan, Lewis & Bockius LLP

Firm Address: 1717 Main Street, Suite 3200

City: Dallas         State: TX         Zip Code: 75201

Firm Phone Number: (214) 466-4000          Direct Dial Number: (214) 466-4126

Fax Number: (214) 466-4001                 Internet E-Mail Address: paulo.mckeeby@morganlewis.com

The following information must be completed by attorneys applying for admission and submitted with your petition:

TYPE OF ADMISSION APPLIED FOR:    ☐ PERMANENT    ☑ PRO-HAC VICE - Case Number Required: 6:15-cv-0684 (DNH)(TWD)

By submitting this printed and signed form, I hereby agree to abide by all Court rules, orders, policies and procedures governing the use of the electronic filing system (CM/ECF). I also consent to service by electronic means in the circumstances permitted under those rules, orders, policies and procedures. I understand that the combination of user i.d. (Bar Roll #) and password will serve as my signature for filing documents pursuant to Rule 11 of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure and the Local Rules of this court. I agree to protect the security of my password and immediately notify the Clerk of Court if I suspect my password has been compromised. Also, as a participating attorney, I will promptly notify the Clerk of Court if there is a change in my personal data, such as name, e-mail address, firm address, telephone number, etc.

Attorney Signature: *[signature]*

Date: August 22, 2015

| COURT USE ONLY |
| --- |
| Assigned Bar Roll # |
| Receipt # |
| Date of Admission:  /  / |
| Revised:  /  /   By: |

5/2006

# EXHIBIT E

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE**, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Paulo Byron McKeeby**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 1992.

I further certify that the records of this office show that, as of this date

**Paulo Byron McKeeby**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 31st day of July, 2015.
BLAKE HAWTHORNE, Clerk

by /s/ Blanca E. Valdez

Blanca E. Valdez, Deputy Clerk

No. 073115CC

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# EXHIBIT F

AO 153 (Rev. 6/96)

| Name: | LAST, McKeeby | FIRST Paulo |
|---|---|---|

**OATH ON ADMISSION**

I, Paulo B. McKeeby, DO SOLEMNLY SWEAR (OR AFFIRM) THAT AS AN ATTORNEY AND AS A COUNSELOR OF THIS COURT I WILL CONDUCT MYSELF UPRIGHTLY AND ACCORDING TO LAW, AND THAT I WILL SUPPORT THE CONSTITUTION OF THE UNITED STATES.

| DATE: 8/22/15 | SIGNATURE: [signed] | BAR I.D. NO. 0078451 |
|---|---|---|

AO 153 (Rev. 6/96)

| FIRM NAME | TEL. NO. |
|---|---|
| Morgan, Lewis & Bockius LLP | (214) 466-4000 |

| FIRM ADDRESS |
|---|
| 1717 Main Street, Suite 3200 |

| CITY | STATE | ZIP CODE |
|---|---|---|
| Dallas | TX | 75201 |

**BELOW FOR OFFICE USE ONLY**

| SWORN AND SUBSCRIBED BEFORE ME, | DATE |
|---|---|

ADMITTED ON MOTION OF: (Movant)