UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF )<br>)<br>PAULO B. MCKEEBY )<br>)<br>)<br>TO BE ADMITTED TO THE UNITED STATES )<br>DISTRICT COURT FOR THE NORTHERN )<br>DISTRICT OF NEW YORK ) | ORDER |

    Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, __PAULO B. MCKEEBY__ is hereby accepted for

☐   Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒   Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of :
_Patricia Isabella v. Tyler Technologies, Inc., 6:15-CV-684 (DNH/TWD)_ .

IT IS SO ORDERED

Dated : __08/27/2015__

_[signature]_
☐ U.S. District Judge
☑ U.S. Magistrate Judge