IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA ISABELLA, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) Civil Action No.: <br> ) |
| -against- | ) 6:15-cv-0684 (DNH)(TWD) <br> ) |
| TYLER TECHNOLOGIES, INC., | ) <br> ) |
| Defendants. | ) <br> ) |

### DEFENDANT TYLER TECHNOLOGIES, INC.'S MOTION TO ADMIT SUZANNE FARER *PRO HAC VICE*

NOW COMES THE UNDERSIGNED, Melissa C. Rodriguez, Esq., a member in good standing of the Bar of this Court, and pursuant to Local Rule 83.1 of the Local Rules of the United States District Court for the Northern District of New York, moves this court for entry of the Order, submitted herewith as **Exhibit A**, admitting Suzanne Farer, of Morgan, Lewis & Bockius LLP, *pro hac vice* for the purpose of assisting in Defendant Tyler Technologies, Inc. ("Defendant"), defense of the above-captioned case.

PLEASE TAKE NOTICE that in accordance with Local Rule 83.1, and in support of this motion, the undersigned submits: (1) Petition for Admission *pro hac vice* as **Exhibit B**, (2) Sponsor's Affidavit as **Exhibit C**, (3) Ms. Farer's Attorney Registration Form as **Exhibit D**, (4) Ms. Farer's Certificate of Good Standing with the State of New York as **Exhibit E,** (5) Ms. Farer's Oath of Admission as **Exhibit F**.

PLEASE TAKE FURTHER NOTICE that, in accordance with Local Rule 83.1, after entry of an Order granting him admission to appear pro hac vice in this matter, Suzanne Farer, Esq. will timely file a written Notice of Appearance.

        Respectfully submitted,
        MORGAN, LEWIS & BOCKIUS, LLP

        *s/ Melissa C. Rodriguez*
        Melissa C. Rodriguez
        Morgan Lewis & Bockius LLP
        101 Park Avenue
        New York, NY 10178
        (212) 309-6394

        *Attorneys for Defendant Tyler Technologies, Inc.*

DATED: September 1, 2015

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on this 1st day of September, 2015, a copy of the foregoing Defendant Tyler Technologies, Inc.'s Motion to Admit Suzanne Farer *Pro Hac Vice*, filed through the ECF system will be served by ECF on:

Giovanna A. D'Orazio
125 High Rock Avenue
Saratoga Spring, NY  12866
*Attorneys for Plaintiff*

                                        *s/ Melissa C. Rodriguez*
                                        Melissa C. Rodriguez

# EXHIBIT A

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF )<br>)<br>Suzanne Farer            )<br>)<br>)<br>TO BE ADMITTED TO THE UNITED STATES )<br>DISTRICT COURT FOR THE NORTHERN )<br>DISTRICT OF NEW YORK                     ) | ORDER |

      Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, _____Suzanne Farer_____ is hereby accepted for

☐     Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒     Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of :
    Patricia Isabella v. Tyler Technologies, Inc.; Civil Action No. 6:15-cv-0684 (DNH)(TWD) .

IT IS SO ORDERED

Dated : _____

                                                                        ☒  U.S. District Judge
                                                                        ☐  U.S. Magistrate Judge

# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION

OF                                                        :          PETITION FOR
                                                           :          ADMISSION TO PRACTICE
                                                           :
Suzanne Farer

I, Suzanne Farer _____, being sworn, depose and say:

1. That I reside at __2373 Broadway, Apt. 527__, __New York__, __NY__ __10024__ and my office address is __101 Park Avenue__, __New York__, __NY__ __10178__.

2. That I was admitted to practice in the courts of the State of __NY__ on __10/7/2013__, by the __Office of Court Administration__ Department.

3. That I graduated from __University of Pennsylvania__ Law School on __2012__ after having completed the required courses of study.

4. That I have never been held in contempt of court, censured, suspended or disbarred by any court.[1]

5. That I am also admitted to practice in the following States, territories, districts, commonwealths or other courts of the United States:

| BAR | DATE |
|---|---|
| See Attachment A | |
| | |
| | |
| | |

6. That I have read, and am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules and General Orders for the Northern District of New York; and the N.Y.S. Rules of Professional Conduct and will faithfully adhere thereto.

WHEREFORE it is respectfully requested that this court order that Petitioner,

__Suzanne Farer__, be admitted to practice before the Bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this __1__, day of __September__, 20__15__.

_____
PETITIONER

---

[1] *Discipline Orders issued by any Court prior to executing this Petition must be attached.*

Form Date: 5/10/2011

## ATTACHMENT A

**Bar**
State of New York
State of New Jersey

**Admission Date**
October 7, 2013
December 6, 2012

# EXHIBIT C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Petition of : Suzanne Farer

AFFIDAVIT
OF
SPONSOR

STATE OF NEW YORK
COUNTY OF New York

Melissa C. Rodriguez, being duly sworn, depose and say:

1. That I am an attorney associated with the law firm of Morgan, Lewis & Bockius LLP, and am a member in good standing with the United States District Court for the Northern District of New York. My NYND Bar Roll Number is: 512687.

2. I make this affidavit in support of the admission of Suzanne Farer.

3. I have known Suzanne Farer since 2014, and find him / her to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 1, day of September, 20 15.

SPONSOR

w:\attyadm\Affidavit_of_Sponsor
Form Date: 6/7/2011

# EXHIBIT D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NEW ATTORNEY E-FILING REGISTRATION FORM
PLEASE TYPE

This form is used for creating new accounts **(Newly Admitted Attorneys Only)** on the Court's Electronic Case Filing System(ECF).

First Name: Suzanne         Middle Name: Alyse
Last Name: Farer            If appropriate, check one: Sr. ☐  Jr. ☐  II ☐  III ☐
Firm Name: Morgan, Lewis & Bockius LLP
Firm Address: 101 Park Avenue

City: New York    State: NY    Zip Code: 10178
Firm Phone Number: (212) 309-6000    Direct Dial Number: (212) 309-6863
Fax Number: (212) 309-6001    Internet E-Mail Address: sfarer@morganlewis.com

The following information must be completed by attorneys applying for admission and submitted with your petition:

TYPE OF ADMISSION APPLIED FOR:   ☐ PERMANENT   ✔ PRO-HAC VICE  - Case Number Required: 6:15-cv-0684 (DNH)(TWD)

By submitting this printed and signed form, I hereby agree to abide by all Court rules, orders, policies and procedures governing the use of the electronic filing system (CM/ECF). I also consent to service by electronic means in the circumstances permitted under those rules, orders, policies and procedures. I understand that the combination of user i.d. (Bar Roll #) and password will serve as my signature for filing documents pursuant to Rule 11 of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure and the Local Rules of this court. I agree to protect the security of my password and immediately notify the Clerk of Court if I suspect my password has been compromised. Also, as a participating attorney, I will promptly notify the Clerk of Court if there is a change in my personal data, such as name, e-mail address, firm address, telephone number, etc.

Attorney Signature: *[signature]*
Date: 9-1-2015

| COURT USE ONLY |
| --- |
| Assigned Bar Roll # _____ |
| Receipt # _____ |
| Date of Admission: __/__/__ |
| Revised: __/__/__  By: _____ |

5/2006

# EXHIBIT E

Case 6:15-cv-00684-DNH-TWD   Document 10   Filed 09/01/15   Page 14 of 16

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## SUZANNE ALYSE FARER

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **October 7, 2013**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**August 27, 2015**

_Clerk of the Court_

1256

# EXHIBIT F

AO 153 (Rev. 6/96)

| Name: | LAST, Farer | FIRST Suzanne |
|---|---|---|

**OATH ON ADMISSION**

I, _Suzanne Farer_, DO SOLEMNLY SWEAR (OR AFFIRM) THAT AS AN ATTORNEY AND AS A COUNSELOR OF THIS COURT I WILL CONDUCT MYSELF UPRIGHTLY AND ACCORDING TO LAW, AND THAT I WILL SUPPORT THE CONSTITUTION OF THE UNITED STATES.

| DATE: 9-1-15 | SIGNATURE: *[signed]* | BAR I.D. NO. 512687 |
|---|---|---|

AO 153 (Rev. 6/96)

| FIRM NAME | TEL. NO. |
|---|---|
| Morgan, Lewis & Bockius LLP | (212) 309-6000 |

| FIRM ADDRESS |
|---|
| 101 Park Avenue |

| CITY | STATE | ZIP CODE |
|---|---|---|
| New York | NY | 10178 |

**BELOW FOR OFFICE USE ONLY**

| SWORN AND SUBSCRIBED BEFORE ME, | DATE |
|---|---|
|  |  |

ADMITTED ON MOTION OF: (Movant)