UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF )
)
           Suzanne Farer )      ORDER
)
)
)
TO BE ADMITTED TO THE UNITED STATES )
DISTRICT COURT FOR THE NORTHERN )
DISTRICT OF NEW YORK )

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of

New York, _____Suzanne Farer_____ is hereby accepted for

☐   Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒   Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of :
Patricia Isabella v. Tyler Technologies, Inc.; Civil Action No. 6:15-cv-0684 (DNH)(TWD) .

IT IS SO ORDERED

Dated : 9/2/2015

        _____
        ☐ U.S. District Judge
        ☒ U.S. Magistrate Judge