IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA ISABELLA, | ) |
| Plaintiff, | ) ) ) Civil Action No.: |
| -against- | ) 6:15-cv-0684 (DNH)(TWD) |
| TYLER TECHNOLOGIES, INC., | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Melissa C. Rodriguez, Esq., hereby withdraws her appearance in this case on behalf of Defendant Tyler Technologies, Inc. ("Defendant"). Paulo B. McKeeby, Esq. and Suzanne Farer, Esq. will serve as counsel of Defendant in this matter. Defendant respectfully request that Melissa C. Rodriguez, Esq., be removed from the Court and counsel service lists in this case.

Respectfully submitted,
MORGAN, LEWIS & BOCKIUS, LLP

s/ Melissa C. Rodriguez
Melissa C. Rodriguez
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
(212) 309-6394

DATED:  September 10, 2015                    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that, on this 10th day of September, 2015, a copy of the foregoing Notice of Withdrawal of Appearance of Melissa C. Rodriguez, filed through the ECF system will be served by ECF on:

Giovanna A. D'Orazio
125 High Rock Avenue
Saratoga Spring, NY  12866
*Attorneys for Plaintiff*

      *s/ Melissa C. Rodriguez*
      Melissa C. Rodriguez