UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

PATRICIA ISABELLA,

                        Plaintiff,                  **NOTICE OF APPEARANCE**

VS.

                                                     Civil Action No.

TYLER TECHNOLOGIES, INC.,           6:15-cv-0684 (DNH/TWD)

                        Defendant.

---

      PLEASE TAKE NOTICE THAT Scott M. Peterson, of D'Orazio Peterson LLP hereby appears as an attorney of record for Plaintiff Patricia Isabella in the above-captioned action.

DATED:  December 2, 2015           D'ORAZIO PETERSON LLP

                                           By:   /s/ *Scott M. Peterson*
                                                Scott M. Peterson (513186)
                                                125 High Rock Avenue
                                                Saratoga Springs, NY 12866
                                                (tel) 518-308-8339
                                                (fax) 518-633-5106
                                                (email) smp@doraziopeterson.com