

125 high rock avenue
saratoga springs, ny 12866
518.308.8339
518.633.5106 (fax)
doraziopeterson.com

January 27, 2016

*Via CM/ECF Filing*
Hon. Therese Wiley Dancks, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse NY 13261-7346

  Re: *Patricia Isabella v. Tyler Technologies, Inc.*
     *Civil Action No.: 6:15-cv-684 (DNH/TWD)*

Dear Judge Dancks,

  We are writing to respectfully request that the telephone status conference scheduled for February 4, 2016 at 11:00 AM be cancelled because this case settled in principle at the mediation which took place on January 20. The parties are in the process of finalizing a settlement agreement.

  Thank you for your consideration.

           Respectfully,

          */s/ Giovanna A. D'Orazio*

          Giovanna A. D'Orazio


Cc: Paulo B. McKeeby, Esq. (via cm/ecf)