Law Offices
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
(212) 309-6000
Attorneys for Defendant Tyler Technologies, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
PATRICIA ISABELLA,                          :
                                            :
        Plaintiff,                 :
                                            :
        v.                         :    6:15-CV-0684 (DNH)(TWD)
                                            :
TYLER TECHNOLOGIES, INC.                    :
                                            :
        Defendants.                :
-----------------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to this action stipulate to the dismissal of this action in its entirety with prejudice and on the merits, with each party to bear its own fees and costs.

Filed this 8th day of February, 2016.

/s/ *Giovanna A. D'Orazio*
────────────────────────────
Giovanna A. D'Orazio, Bar Roll #515574
gad@doraziopeterson.com
**D'ORAZIO PETERSON**
125 High Rock Avenue
Saratoga Springs, NY 12886 Telephone: 518.308.8339
Facsimile: 518.633.5106

**ATTORNEYS FOR PLAINTIFF**

Suzanne A. Farer
**MORGAN, LEWIS & BOCKIUS, LLP**
101 Park Avenue
New York, NY 10178-0060
Telephone: +1.212.309.6000
Facsimile: +1.212.309.6001

Paulo B. McKeeby, Bar No. 00784571
**MORGAN, LEWIS & BOCKIUS LLP**
1717 Main Street
Suite 3200
Dallas, TX 75201-7347
Telephone: +1.214.466.4000
Facsimile: +1.214.466.4001

**ATTORNEYS FOR DEFENDANT**